

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00119-CV

| | | |
|---|---|---|
| Conglomerate Gas II, L.P. and Vancouver Sky Management, L.L.C. | § | From the 236th District Court |
| | § | of Tarrant County (236-237790-09) |
| v. | § | October 15, 2015 |
| Gregg Gibb | § | Opinion by Justice Meier |

## JUDGMENT ON REHEARING

Appellee and Cross-Appellant Gregg Gibb filed a motion for rehearing and a motion for reconsideration en banc of our opinion that issued on August 6, 2015. We deny both motions, withdraw our opinion and judgment dated August 6, 2015, and substitute the following to address Gibb's arguments on rehearing.

This court has again considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm the portion of the trial court's judgment on Appellee Gregg Gibb's tort claims. We reverse the portion of the trial court's judgment on Appellee Gregg Gibb's

breach-of contract claim and render judgment that Appellee Gregg Gibb take nothing on his breach-of-contract claim.

It is further ordered that Appellant Gregg Gibb shall pay of all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
      Justice Bill Meier